**ORIGINAL**

MAYRA L. GARCIA
California State Bar No. 190677
185 West F Street, Suite 100
San Diego, California 92101
Telephone: (619) 238-4132

Attorney for Defendant **JUAN ESTRADA-CORTEZ**

FILED
06 SEP 20 AM 9:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **JUAN ESTRADA-CORTEZ**, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE No. 06cr0187-GT <br><br><br><br><br> STIPULATION AND ORDER <br> THEREON |

Good cause appearing, **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, that the next hearing date in the above-captioned case, be rescheduled from October 12, 2006, at 9:00 a.m., to October 31, 2006, at 9:00 a.m., for the following reason:

Defense counsel will be out of town from September 27 through October 16, 2006.

**SO STIPULATED.**

Dated: September 15, 2006

_____
MAYRA L. GARCIA
Attorney for Defendant

Dated: 9/15/2006

_____
ANDREW SHOPLER
Assistant United States Attorney

**SO ORDERED.**

Dated: 9-19-06

_____
HONORABLE GORDON THOMPSON
U.S. District Judge